IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:14-cv-1630-T-23AEP

SMART COMMUNICATIONS US, INC.
      Plaintiff,

v.

ATN, INC.,

     Defendant.

_____/

## ANSWER AND COUNTERCLAIM OF DEFENDANT ATN, INC.

Defendant, ATN, Inc. ("ATN") files its Answer and Counterclaim to the Complaint and Demand for Jury Trial ("Complaint") served upon it in this matter on July 9, 2014, showing to the Court as follows:

### Affirmative Defenses

1.  The claims set forth in Plaintiff's Complaint are barred by the doctrine of accord and satisfaction.

2.  The claims set forth in Plaintiff's Complaint are barred by the doctrine of duress.

3.  The claims set forth in Plaintiff's Complaint are barred by the doctrine of estoppel.

4.  The claims set forth in Plaintiff's Complaint are barred by the doctrine of failure of consideration.

5.  The claims set forth in Plaintiff's Complaint are barred by the doctrine of fraud.

6.  The claims set forth in Plaintiff's Complaint are barred by the doctrine of illegality.

7.  The claims set forth in Plaintiff's Complaint are barred by the doctrine of laches.

1

8.      The claims set forth in Plaintiff's Complaint are barred by the doctrine of implied license.

9.      The claims set forth in Plaintiff's Complaint are barred by the doctrine of payment.

10.     The claims set forth in Plaintiff's Complaint are barred by the doctrine of release.

11.     The claims set forth in Plaintiff's Complaint are barred by the statute of frauds.

12.     The claims set forth in Plaintiff's Complaint are barred by the applicable statutes of limitation.

13.     The claims set forth in Plaintiff's Complaint are barred by the doctrine of waiver.

14.     The claims set forth in Plaintiff's Complaint are barred by its unclean hands.

## Responses to Plaintiff's Numbered Paragraphs

1.      Defendant is without sufficient information to form a belief as to the truth of the allegations set forth in Paragraph 1 of Plaintiff's Complaint and, therefore, denies such allegations.

2.      Defendant admits the allegations set forth in Paragraph 2 of Plaintiff's Complaint.

3.      Defendant admits the allegations set forth in Paragraph 3 of Plaintiff's Complaint.

4.      Defendant admits the allegations set forth in Paragraph 4 of Plaintiff's Complaint.

5.      Defendant admits the allegations set forth in Paragraph 5 of Plaintiff's Complaint. By way of further explanation, Defendant states as follows: Defendant is not only in the business of providing telecommunications services to correctional institutions.  The Defendant provides numerous services to assist inmates, their families, and friends, through Customer Service of America (CSA). CSA offers live customer service representatives who take payments for pre-

paid phone accounts, answer a variety of questions regarding inmate status, and document grievances from inmates to be emailed to the proper correctional facility personnel.  The services handled by CSA are in conjunction and contracted by the Defendant to some of its existing customer base.

6.      Defendant admits the allegations set forth in Paragraph 6 of Plaintiff's Complaint. By way of further explanation, Defendant states as follows: Defendant currently provides telecommunications and customer services to corrections institutions in Alabama, Florida, Georgia, Louisiana, South Carolina, Tennessee, and the United States Virgin Islands.  Defendant was introducing Smart Communications kiosks to two of its existing customers: one in Louisiana (St. Tammany Parish) and the other in South Carolina (Alvin S. Glenn Detention Center).  In addition, Defendant was in the process of introducing Smart Communications kiosks at a non-AmTel customer in Georgia (Polk County) when its relationship with Plaintiff deteriorated.

7.      Defendant denies the allegations set forth in Paragraph 7 of Plaintiff's Complaint.

8.      Defendant denies the allegations set forth in Paragraph 8 of Plaintiff's Complaint.

9.      Defendant denies the allegations set forth in Paragraph 9 of Plaintiff's Complaint.

10.      Defendant denies the allegations set forth in Paragraph 10 of Plaintiff's Complaint.

11.      Defendant denies the allegations set forth in Paragraph 11 of Plaintiff's Complaint.

12.      Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 12 of Plaintiff's Complaint and, therefore, denies such allegations.

13.     Defendant denies the allegations set forth in Paragraph 13 of Plaintiff's Complaint.

14.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 14 of Plaintiff's Complaint and, therefore, denies such allegations.

15.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 15 of Plaintiff's Complaint and, therefore, denies such allegations.

16.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 16 of Plaintiff's Complaint and, therefore, denies such allegations.

17.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 17 of Plaintiff's Complaint and, therefore, denies such allegations.

18.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 18 of Plaintiff's Complaint and, therefore, denies such allegations.

19.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 19 of Plaintiff's Complaint and, therefore, denies such allegations.

20.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20 of Plaintiff's Complaint and, therefore, denies such allegations.

21.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 21 of Plaintiff's Complaint and, therefore, denies such allegations.

22.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 22 of Plaintiff's Complaint and, therefore, denies such allegations.

23.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 23 of Plaintiff's Complaint and, therefore, denies such allegations.

24.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 24 of Plaintiff's Complaint and, therefore, denies such allegations.

25.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 25 of Plaintiff's Complaint and, therefore, denies such allegations.

26.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 26 of Plaintiff's Complaint and, therefore, denies such allegations.

27.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 27 of Plaintiff's Complaint and, therefore, denies such allegations.

28.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 28 of Plaintiff's Complaint and, therefore, denies such allegations.

29.     Defendant denies the allegations set forth in Paragraph 29 of Plaintiff's Complaint.  By way of further explanation, Defendant states as follows:  The Inmate Smart Kiosk product suite has been created by several other companies that have been in business much longer than Plaintiff.  For example, upon information and belief, one of Defendant's competitors Global Tel-Link (GTL) recently purchased Renovo, a video visitation company that is a direct competitor of Plaintiff.  Renovo has been around much longer than Smart Communications.

In fact, based on its experience in this industry, Defendant believes that the majority of Inmate Telephone Companies have already developed, purchased companies that have developed, or have partnered with other companies that have the same technology as Plaintiff. Some of the competitors of Plaintiff are JPay; HomeWav; Renovo; Lattice; Tech Friends; etc.

30.     Defendant denies the allegations set forth in Paragraph 30 of Plaintiff's Complaint.  By way of further explanation, Defendant states as follows:  Defendant has Board Member notes that go back as far as 2008 with the idea of this business model.  Furthermore, upon information and belief, Tech Friends has more than 450 sites fully installed which have been running this business model for several years.

31.     Defendant admits that it provides inmate telephone and customer care services to correctional facilities in certain jurisdictions, including but not limited to Georgia, Florida, South Carolina, and Louisiana.  Defendant denies the remaining allegations set forth in Paragraph 31 of Plaintiff's Complaint.

32.     Defendant admits the allegations set forth in Paragraph 32 of Plaintiff's Complaint.

33.     Defendant denies the allegations set forth in Paragraph 33 of Plaintiff's Complaint.

34.     Defendant admits the allegations set forth in Paragraph 34 of Plaintiff's Complaint.

35.     Defendant denies the allegations set forth in Paragraph 35 of Plaintiff's Complaint.

36.     Defendant admits the allegations set forth in Paragraph 36 of Plaintiff's Complaint.

37.     Defendant denies the allegations set forth in Paragraph 37 of Plaintiff's Complaint.

38.     Defendant denies the allegations set forth in Paragraph 38 of Plaintiff's Complaint.

39.     Defendant denies the allegations set forth in Paragraph 39 of Plaintiff's Complaint.

40.     Defendant denies the allegations set forth in Paragraph 40 of Plaintiff's Complaint.

41.     Defendant admits that it entered into a Mutual Nondisclosure Agreement with Plaintiff on or about September 5, 2013, a copy of which is attached to Plaintiff's Complaint as Exhibit A.

42.     In response to Paragraph 42 of Plaintiff's Complaint, Defendant states that the NDA speaks for itself and Defendant denies any and all remaining allegations set forth in Paragraph 42 of Plaintiff's Complaint to the extent that they are contrary to that document..

43.     Defendant admits that Plaintiff provided Defendant with confidential information. Defendant denies the remaining allegations set forth in Paragraph 43 of Plaintiff's Complaint.

44.     Defendant denies the allegations set forth in Paragraph 44 of Plaintiff's Complaint.

45.     Defendant admits the allegations set forth in Paragraph 45 of Plaintiff's Complaint.

46.     Defendant denies the allegations set forth in Paragraph 46 of Plaintiff's Complaint.

47.     Defendant denies the allegations set forth in Paragraph 47 of Plaintiff's Complaint.

48.     Defendant is without information sufficient to form an opinion as to the truth of the allegations set forth in Paragraph 48 of Plaintiff's Complaint and, therefore, denies such allegations.

49.     Defendant denies the allegations set forth in Paragraph 49 of Plaintiff's Complaint.

50.     Defendant denies the allegations set forth in Paragraph 50 of Plaintiff's Complaint.

51.     Defendant denies the allegations set forth in Paragraph 51 of Plaintiff's Complaint.

52.     Defendant admits the allegations set forth in Paragraph 52 of Plaintiff's Complaint.

53.     Defendant denies the allegations set forth in Paragraph 53 of Plaintiff's Complaint.

54.     Defendant denies the allegations set forth in Paragraph 54 of Plaintiff's Complaint.

55.     Defendant denies the allegations set forth in Paragraph 55 of Plaintiff's Complaint.

56.     Defendant denies the allegations set forth in Paragraph 56 of Plaintiff's Complaint.

57.     Defendant denies the allegations set forth in Paragraph 57 of Plaintiff's Complaint.

59.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 59 of Plaintiff's Complaint and, therefore, denies such allegations.

60.     Defendant denies the allegations set forth in Paragraph 60 of Plaintiff's Complaint.

61.     Defendant denies the allegations set forth in Paragraph 61 of Plaintiff's Complaint.

62.     Defendant denies the allegations set forth in Paragraph 62 of Plaintiff's Complaint.

63.     Defendant admits the allegations set forth in Paragraph 63 of Plaintiff's Complaint.

64.     Defendant admits the allegations set forth in Paragraph 64 of Plaintiff's Complaint.

65.     Defendant denies the allegations set forth in Paragraph 65 of Plaintiff's Complaint.

66.     Defendant denies the allegations set forth in Paragraph 66 of Plaintiff's Complaint.

67.     Defendant admits the allegations set forth in Paragraph 67 of Plaintiff's Complaint.

68.     Defendant denies the allegations set forth in Paragraph 68 of Plaintiff's Complaint.

69.     Defendant denies the allegations set forth in Paragraph 69 of Plaintiff's Complaint.

70.     Defendant denies the allegations set forth in Paragraph 70 of Plaintiff's Complaint.

71.     Defendant denies the allegations set forth in Paragraph 71 of Plaintiff's Complaint.

72.     Defendant admits the allegations set forth in Paragraph 72 of Plaintiff's Complaint.

73.     Defendant denies the allegations set forth in Paragraph 73 of Plaintiff's Complaint.

74.     Defendant denies the allegations set forth in Paragraph 74 of Plaintiff's Complaint.

75.     Defendant denies the allegations set forth in Paragraph 75 of Plaintiff's Complaint.

76.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 76 of Plaintiff's Complaint and, therefore, denies such allegations.

77.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 77 of Plaintiff's Complaint and, therefore, denies such allegations.

78.     Defendant denies the allegations set forth in Paragraph 78 of Plaintiff's Complaint.

79.     Defendant denies the allegations set forth in Paragraph 79 of Plaintiff's Complaint.

80.     Paragraph 80 requires no response.

81.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 81 of Plaintiff's Complaint and, therefore, denies such allegations.

82.     Defendant denies the allegations set forth in Paragraph 82 of Plaintiff's Complaint.

83.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 83 of Plaintiff's Complaint and, therefore, denies such allegations.

84.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 84 of Plaintiff's Complaint and, therefore, denies such allegations.

85.     Defendant denies the allegations set forth in Paragraph 85 of Plaintiff's Complaint.

86.     Defendant admits the allegations set forth in Paragraph 86 of Plaintiff's Complaint.

87.     Defendant denies the allegations set forth in Paragraph 87 of Plaintiff's Complaint.

88.     Defendant admits the allegations set forth in Paragraph 88 of Plaintiff's Complaint.

89.     Defendant denies the allegations set forth in Paragraph 89 of Plaintiff's Complaint.

90.     Defendant denies the allegations set forth in Paragraph 90 of Plaintiff's Complaint.

91.     Defendant admits the allegations set forth in Paragraph 91 of Plaintiff's Complaint.

92.     Defendant denies the allegations set forth in Paragraph 92 of Plaintiff's Complaint.

93.     Defendant denies the allegations set forth in Paragraph 93 of Plaintiff's Complaint.

94.     Defendant denies the allegations set forth in Paragraph 94 of Plaintiff's Complaint.

95.     Defendant denies the allegations set forth in Paragraph 95 of Plaintiff's Complaint.

96.     Defendant denies the allegations set forth in Paragraph 96 of Plaintiff's Complaint.

97.     Defendant admits the allegations set forth in Paragraph 97 of Plaintiff's Complaint.

98.     Defendant denies the allegations set forth in Paragraph 98 of Plaintiff's Complaint.

99.     Defendant admits the allegations set forth in Paragraph 99 of Plaintiff's Complaint.

100.    Defendant denies the allegations set forth in Paragraph 100 of Plaintiff's Complaint.

101.    Defendant admits the allegations set forth in Paragraph 101 of Plaintiff's Complaint.

102.    Defendant denies the allegations set forth in Paragraph 102 of Plaintiff's Complaint.

103.    Defendant denies the allegations set forth in Paragraph 103 of Plaintiff's Complaint.

104.    Defendant denies the allegations set forth in Paragraph 104 of Plaintiff's Complaint.

105.    Defendant denies the allegations set forth in Paragraph 105 of Plaintiff's Complaint.

106.     Defendant denies the allegations set forth in Paragraph 106 of Plaintiff's Complaint.

107.     Defendant denies the allegations set forth in Paragraph 107 of Plaintiff's Complaint.

108.     Defendant denies the allegations set forth in Paragraph 108 of Plaintiff's Complaint.

109.     Defendant denies the allegations set forth in Paragraph 109 of Plaintiff's Complaint.

110.     Defendant denies the allegations set forth in Paragraph 110 of Plaintiff's Complaint.

111.     Defendant denies the allegations set forth in Paragraph 111of Plaintiff's Complaint.

112.     Defendant denies the allegations set forth in Paragraph 112 of Plaintiff's Complaint.

113.     Defendant denies the allegations set forth in Paragraph 113 of Plaintiff's Complaint.

114.     Defendant denies the allegations set forth in Paragraph 114 of Plaintiff's Complaint.

115.     Defendant denies the allegations set forth in Paragraph 115 of Plaintiff's Complaint.

116.     Defendant denies the allegations set forth in Paragraph 116 of Plaintiff's Complaint.

117.     Paragraph 117 requires no response.

14

118.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 118 of Plaintiff's Complaint and, therefore, denies such allegations.

119.     Defendant denies the allegations set forth in Paragraph 119 of Plaintiff's Complaint.

120.     Defendant denies the allegations set forth in Paragraph 120 of Plaintiff's Complaint.

121.     Defendant denies the allegations set forth in Paragraph 121 of Plaintiff's Complaint.

122.     Defendant denies the allegations set forth in Paragraph 122 of Plaintiff's Complaint.

123.     Defendant denies the allegations set forth in Paragraph 123 of Plaintiff's Complaint.

124.     Defendant denies the allegations set forth in Paragraph 124 of Plaintiff's Complaint.

125.     Defendant denies the allegations set forth in Paragraph 125 of Plaintiff's Complaint.

126.     Defendant denies the allegations set forth in Paragraph 126 of Plaintiff's Complaint.

127.     Defendant denies the allegations set forth in Paragraph 127 of Plaintiff's Complaint.

128.     Defendant denies the allegations set forth in Paragraph 128 of Plaintiff's Complaint.

129.    Defendant denies the allegations set forth in Paragraph 129 of Plaintiff's Complaint.

130.    Defendant denies the allegations set forth in Paragraph 130 of Plaintiff's Complaint.

131.    Defendant denies the allegations set forth in Paragraph 131 of Plaintiff's Complaint.

132.    Defendant denies the allegations set forth in Paragraph 132 of Plaintiff's Complaint.

133.    Defendant denies the allegations set forth in Paragraph 133 of Plaintiff's Complaint.

134.    Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 134 of Plaintiff Complaint and, therefore, denies such allegations.

135.    Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 135 of Plaintiff's Complaint and, therefore, denies such allegations.

136.    In response to Paragraph 136 of Plaintiff's Complaint, Defendant states that the Kiosk Brochure speaks for itself and Defendant denies the remaining allegations set forth in Paragraph 136 of Plaintiff's Complaint.

137.    Defendant denies the allegations set forth in Paragraph 137 of Plaintiff's Complaint.

138.    Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 138 of Plaintiff's Complaint and, therefore denies such allegations.

139.    Defendant admits the allegations set forth in Paragraph 139 of Plaintiff's Complaint.

140.    Defendant denies the allegations set forth in Paragraph 140 of Plaintiff's Complaint.

141.    Defendant denies the allegations set forth in Paragraph 141 of Plaintiff's Complaint.

142.    Defendant admits the allegations set forth in Paragraph 142 of Plaintiff's Complaint.

143.    Defendant admits the allegations set forth in Paragraph 143 of Plaintiff's Complaint.

144.    Defendant denies the allegations set forth in Paragraph 144 of Plaintiff's Complaint.

145.    Defendant denies the allegations set forth in Paragraph 145 of Plaintiff's Complaint.

146.    Defendant denies the allegations set forth in Paragraph 146 of Plaintiff's Complaint.

147.    Defendant denies the allegations set forth in Paragraph 147 of Plaintiff's Complaint.

148.    Defendant denies the allegations set forth in Paragraph 148 of Plaintiff's Complaint.

149.    Defendant denies the allegations set forth in Paragraph 149 of Plaintiff's Complaint.

150.    Defendant denies the allegations set forth in Paragraph 150 of Plaintiff's Complaint.

151.    Defendant denies the allegations set forth in Paragraph 151 of Plaintiff's Complaint.

152.    Defendant denies the allegations set forth in Paragraph 152 of Plaintiff's Complaint.

153.    Defendant denies the allegations set forth in Paragraph 153 of Plaintiff's Complaint.

154.    Defendant denies the allegations set forth in Paragraph 154 of Plaintiff's Complaint.

155.    Defendant denies the allegations set forth in Paragraph 155 of Plaintiff's Complaint.

156.    Defendant denies the allegations set forth in Paragraph 156 of Plaintiff's Complaint.

157.    Defendant denies the allegations set forth in Paragraph 157 of Plaintiff's Complaint.

158.    Defendant is without sufficient information to form a belief as to the truth of the allegations set forth in Paragraph 158 of Plaintiff's Complaint and, therefore, denies such allegations.

159.    Defendant denies the allegations set forth in Paragraph 159 of Plaintiff's Complaint.

160.     Defendant denies the allegations set forth in Paragraph 160 of Plaintiff's Complaint.

161.     Defendant denies the allegations set forth in Paragraph 161 of Plaintiff's Complaint.

162.     Defendant denies the allegations set forth in Paragraph 162 of Plaintiff's Complaint.

163.     Defendant denies the allegations set forth in Paragraph 163 of Plaintiff's Complaint.

164.     Defendant denies the allegations set forth in Paragraph 164 of Plaintiff's Complaint.

165.     Defendant denies the allegations set forth in Paragraph 165 of Plaintiff's Complaint.

166.     Defendant denies the allegations set forth in Paragraph 166 of Plaintiff's Complaint.

167.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 167 of Plaintiff's Complaint and, therefore, denies such allegations.

168.     Defendant denies the allegations set forth in Paragraph 168 of Plaintiff's Complaint.

169.     Defendant denies the allegations set forth in Paragraph 169 of Plaintiff's Complaint.

170.     Defendant denies the allegations set forth in Paragraph 170 of Plaintiff's Complaint.

171.    Defendant denies the allegations set forth in Paragraph 171 of Plaintiff's Complaint.

172.    Defendant denies the allegations set forth in Paragraph 172 of Plaintiff's Complaint.

173.    Defendant denies the allegations set forth in Paragraph 173 of Plaintiff's Complaint.

174.    Defendant denies the allegations set forth in Paragraph 174 of Plaintiff's Complaint.

175.    Defendant denies the allegations set forth in Paragraph 175 of Plaintiff's Complaint.

176.    Defendant denies the allegations set forth in Paragraph 176 of Plaintiff's Complaint.

177.    Defendant denies the allegations set forth in Paragraph 177 of Plaintiff's Complaint.

178.    Defendant denies the allegations set forth in Paragraph 178 of Plaintiff's Complaint.

179.    Defendant denies the allegations set forth in Paragraph 179 of Plaintiff's Complaint.

180.    Defendant denies the allegations set forth in Paragraph 180 of Plaintiff's Complaint.

181.    Defendant denies the allegations set forth in Paragraph 181 of Plaintiff's Complaint.

182.    Defendant denies the allegations set forth in Paragraph 182 of Plaintiff's Complaint.

183.    Defendant denies the allegations set forth in Paragraph 183 of Plaintiff's Complaint.

184.    Defendant denies the allegations set forth in Paragraph 184 of Plaintiff's Complaint.

185.    Defendant denies the allegations set forth in Paragraph 185 of Plaintiff's Complaint.

186.    Defendant denies the allegations set forth in Paragraph 186 of Plaintiff's Complaint.

187.    Defendant denies the allegations set forth in Paragraph 187 of Plaintiff's Complaint.

188.    Defendant denies the allegations set forth in Paragraph 188 of Plaintiff's Complaint.

189.    Defendant denies the allegations set forth in Paragraph 189 of Plaintiff's Complaint.

190.    Defendant denies the allegations set forth in Paragraph 190 of Plaintiff's Complaint.

191.    Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 191 of Plaintiff's Complaint and, therefore, denies such allegations.

192.    Defendant denies the allegations set forth in Paragraph 192 of Plaintiff's Complaint.

193.    Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 193 of Plaintiff's Complaint and, therefore, denies such allegations.

194.    Defendant denies the allegations set forth in Paragraph 194 of Plaintiff's Complaint.

195.    Defendant denies the allegations set forth in Paragraph 195 of Plaintiff's Complaint.

196.    Defendant denies the allegations set forth in Paragraph 196 of Plaintiff's Complaint.

197.    Defendant denies the allegations set forth in Paragraph 197 of Plaintiff's Complaint.

198.    Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 198 of Plaintiff's Complaint and, therefore, denies such allegations.

199.    Defendant denies the allegations set forth in Paragraph 199 of Plaintiff's Complaint.

200.    Defendant denies the allegations set forth in Paragraph 200 of Plaintiff's Complaint.

201.    Defendant denies the allegations set forth in Paragraph 201 of Plaintiff's Complaint.

202.    Defendant denies the allegations set forth in Paragraph 202 of Plaintiff's Complaint.

203.    Defendant denies the allegations set forth in Paragraph 203 of Plaintiff's Complaint.

204.    Defendant denies the allegations set forth in Paragraph 204 of Plaintiff's Complaint.

205.    Defendant denies the allegations set forth in Paragraph 205 of Plaintiff's Complaint.

206.    Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 206 of Plaintiff's Complaint and, therefore, denies such allegations.

207.    Defendant denies the allegations set forth in Paragraph 207 of Plaintiff's Complaint.

208.    Defendant denies the allegations set forth in Paragraph 208 of Plaintiff's Complaint.

209.    Defendant denies the allegations set forth in Paragraph 209 of Plaintiff's Complaint.

210.    Defendant denies the allegations set forth in Paragraph 210 of Plaintiff's Complaint.

211.    Defendant denies the allegations set forth in Paragraph 211 of Plaintiff's Complaint.

212.    Defendant denies the allegations set forth in Paragraph 212 of Plaintiff's Complaint.

213.    Defendant denies the allegations set forth in Paragraph 213 of Plaintiff's Complaint.

214.    Defendant denies the allegations set forth in Paragraph 214 of Plaintiff's Complaint.

215.    Defendant denies the allegations set forth in Paragraph 215 of Plaintiff's Complaint.

216.    Defendant denies the allegations set forth in Paragraph 216 of Plaintiff's Complaint.

217.    Defendant denies the allegations set forth in Paragraph 217 of Plaintiff's Complaint.

218.    Defendant denies the allegations set forth in Paragraph 218 of Plaintiff's Complaint.

219.    Defendant denies the allegations set forth in Paragraph 219 of Plaintiff's Complaint.

220.    Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 220 of Plaintiff's Complaint and, therefore, denies such allegations.

221.    Defendant denies the allegations set forth in Paragraph 221 of Plaintiff's Complaint.

222.    Defendant denies the allegations set forth in Paragraph 222 of Plaintiff's Complaint.

223.    Defendant denies the allegations set forth in Paragraph 223 of Plaintiff's Complaint.

224.    Defendant denies the allegations set forth in Paragraph 224 of Plaintiff's Complaint.

225.    Defendant denies the allegations set forth in Paragraph 225 of Plaintiff's Complaint.

226.    Defendant denies the allegations set forth in Paragraph 226 of Plaintiff's Complaint.

227.    Defendant denies the allegations set forth in Paragraph 227 of Plaintiff's Complaint.

228.    Defendant denies the allegations set forth in Paragraph 228 of Plaintiff's Complaint.

229.    Defendant denies the allegations set forth in Paragraph 229 of Plaintiff's Complaint.

230.    Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 230 of Plaintiff's Complaint and, therefore, denies such allegations.

231.    Defendant denies the allegations set forth in Paragraph 231 of Plaintiff's Complaint.

232.    Defendant denies the allegations set forth in Paragraph 232 of Plaintiff's Complaint.

233.    Defendant denies the allegations set forth in Paragraph 233 of Plaintiff's Complaint.

234.    Defendant denies the allegations set forth in Paragraph 234 of Plaintiff's Complaint.

235.    Defendant denies the allegations set forth in Paragraph 235 of Plaintiff's Complaint.

236.     Defendant denies the allegations set forth in Paragraph 236 of Plaintiff's Complaint.

237.     Defendant denies the allegations set forth in Paragraph 237 of Plaintiff's Complaint.

238.     Defendant denies the allegations set forth in Paragraph 238 of Plaintiff's Complaint.

239.     Defendant denies the allegations set forth in Paragraph 239 of Plaintiff's Complaint.

240.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 240 of Plaintiff's Complaint and, therefore denies such allegations.

241.     Defendant denies the allegations set forth in Paragraph 241 of Plaintiff's Complaint.

242.     Defendant denies the allegations set forth in Paragraph 242 of Plaintiff's Complaint.

243.     Defendant denies the allegations set forth in Paragraph 243 of Plaintiff's Complaint.

244.     Defendant denies the allegations set forth in Paragraph 244 of Plaintiff's Complaint.

245.     Defendant denies the allegations set forth in Paragraph 245 of Plaintiff's Complaint.

246.     Defendant denies the allegations set forth in Paragraph 246 of Plaintiff's Complaint.

247.     Defendant denies the allegations set forth in Paragraph 247 of Plaintiff's Complaint.

248.     Defendant denies the allegations set forth in Paragraph 248 of Plaintiff's Complaint.

249.     Defendant denies the allegations set forth in Paragraph 249 of Plaintiff's Complaint.

250.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 250 of Plaintiff's Complaint and, therefore, denies such allegations.

251.     Defendant denies the allegations set forth in Paragraph 251 of Plaintiff's Complaint.

252.     Defendant denies the allegations set forth in Paragraph 252 of Plaintiff's Complaint.

253.     Defendant denies the allegations set forth in Paragraph 253 of Plaintiff's Complaint.

254.     Defendant denies the allegations set forth in Paragraph 254 of Plaintiff's Complaint.

255.     Defendant denies the allegations set forth in Paragraph 255 of Plaintiff's Complaint.

256.     Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 256 of Plaintiff's Complaint and, therefore, denies such allegations.

257.    Defendant denies the allegations set forth in Paragraph 257 of Plaintiff's Complaint.

258.    Defendant denies the allegations set forth in Paragraph 258 of Plaintiff's Complaint.

259.    Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 259 of Plaintiff's Complaint and, therefore, denies such allegations.

260.    Defendant denies the allegations set forth in Paragraph 260 of Plaintiff's Complaint.

261.    Defendant denies the allegations set forth in Paragraph 261 of Plaintiff's Complaint.

262.    Defendant denies the allegations set forth in Paragraph 262 of Plaintiff's Complaint.

263.    Defendant denies the allegations set forth in Paragraph 263 of Plaintiff's Complaint.

264.    Defendant denies the allegations set forth in Paragraph 264 of Plaintiff's Complaint.

265.    Defendant denies the allegations set forth in Paragraph 265 of Plaintiff's Complaint.

266.    Defendant denies the allegations set forth in Paragraph 266 of Plaintiff's Complaint.

267.    Defendant denies the allegations set forth in Paragraph 267 of Plaintiff's Complaint.

268.    Defendant denies the allegations set forth in Paragraph 268 of Plaintiff's Complaint.

269.    Defendant is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 269 of Plaintiff's Complaint and, therefore, denies such allegations.

270.    Defendant admits the allegations set forth in Paragraph 270 of Plaintiff's Complaint.

271.    Defendant denies the allegations set forth in Paragraph 271 of Plaintiff's Complaint.

272.    Defendant denies the allegations set forth in Paragraph 272 of Plaintiff's Complaint.

273.    Defendant denies the allegations set forth in Paragraph 273  of Plaintiff's Complaint.

274.    Defendant denies the allegations set forth in Paragraph 274 of Plaintiff's Complaint.

275.    Defendant denies the allegations set forth in Paragraph 275 of Plaintiff's Complaint.

276.    Defendant denies the allegations set forth in Paragraph 276 of Plaintiff's Complaint.

277.    Defendant denies the allegations set forth in Paragraph 277 of Plaintiff's Complaint.

278.    Defendant denies the allegations set forth in Paragraph 278 of Plaintiff's Complaint.

279.     Defendant denies that any issues of fact exist.  To the extent that the Court deems any issues triable by jury, Defendant, also, demands trial by jury.

280.     Any and all remaining allegations of Plaintiff's Complaint not expressly admitted are hereby denied.

## Counterclaim

### PARTIES, JURSIDICTION, AND VENUE

1.     Defendant hereby incorporates its answers contained herein above by reference hereto.

2.     Defendant is a resident of the Middle District of Florida, and is, therefore, subject the jurisdiction of this Court.

3.     Venue is proper in the Middle District of Florida pursuant to 28 U.S.C.A. § 1391 in that a substantial part of the events or omissions giving rise to the Defendant's Counterclaims arose within the Middle District of Florida.

4.     This Court has jurisdiction over the claims set forth herein pursuant to 28 U.S.C § 1367.

### GENERAL ALLEGATIONS

5.     At all times relevant to the claims set forth herein, Defendant has been in the business of providing numerous services to assist inmates of correctional facilities, their families, and friends.  Such services include, but are not limited to telecommunications and e-mail services.

6.     Defendant currently provides such services to correctional facilities in the following jurisdictions: Alabama, Florida, Georgia, Louisiana, South Carolina, Tennessee, and the United States Virgin Islands.

30

## Count I: Tortious Interference with Business Relations

7.      Pursuant to contracts obtained through respective county procurement departments, Defendant has been providing such services to the following jurisdictions, among others: St. Tammany Parish, Louisiana, since 2010; and Alvin S. Glenn Detention Center in Richland County, South Carolina, since 2013.

8.      Upon information and belief, Plaintiff had no relationship with St. Tammany Parish, Alvin S. Glenn Detention Center, or Polk County, Georgia, outside of the connection facilitated by Defendant.  When it became clear that negotiations between Plaintiff and Defendant were at a standstill, Plaintiff began to seek to circumvent the contractual relationships of Defendant and those clients, St. Tammany Parish, Alvin S. Glenn Detention Center, and Polk County.   Upon information and belief, in so doing, Plaintiff was attempting to bypass procurement rules of each jurisdiction.

9.      Plaintiff intentionally and unjustifiably interfered with Plaintiff's relationships with those three clients by contacting those existing clients in an attempt to persuade them to work directly with Plaintiff and to remove all commission shares with Defendant.

10.     Plaintiff's interference with those relationships was wrongful and made with the intention to harm Defendant.

11.     Defendant is entitled to an award of damages in an amount to be proven at trial because of Plaintiff's wrongful interference.

WHEREFORE, Defendant prays as follows:

(A)      that Plaintiff's Complaint be dismissed with prejudice;

(B)      that Defendant recover of Plaintiff its attorney's fees and other expenses of litigation;

     (C)     that Defendant have judgment for damages against Plaintiff on its counterclaim; and

     (D)     that Defendant have such other and further relief as this Court deems just and equitable.

     Dated this _____ day of _____, 2014.

s/Robert W. Guy, Jr.
ROBERT W. GUY, JR.
Florida Bar No:  0635987
Attorney for Defendant

ROBERT W. GUY, JR., P.C.
106 E. Weed Street
St. Marys, GA  31558
(912) 882-2931
(912) 576-1718 fax
bertguyatty@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, I electronically filed the foregoing Answer and Counterclaim of Defendant ATN, INC. with the Clerk of Court by using the CM/ECF system.   I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants:  none.

s/Robert W. Guy, Jr.
ROBERT W. GUY, JR.
Florida Bar No:  0635987
Attorney for Defendant

ROBERT W. GUY, JR., P.C.
106 E. Weed Street
St. Marys, GA  31558
(912) 882-2931
(912) 576-1718 fax
bertguyatty@gmail.com