77300-6

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:14CV1630

SMART COMMUNICATIONS US, INC.,

    Plaintiff,

v

ATN, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

The parties file this Joint Stipulation for Dismissal of this cause pursuant to Fed. R. Civ. Pro. 41 and state as follows:

It is hereby STIPULATED and AGREED, by and between the parties, SMART COMMUNICATIONS US, INC., Plaintiff, and ATN, INC., Defendant, that this cause, including all counterclaims, be dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41, each party is to bear its own attorney's fees and costs.

**ATTORNEY FOR PLAINTIFF:**

*/s/ William G. Giltinan*_____   Date:  October 15, 2015

**Christopher M. Sacco, Esquire**
Florida Bar No. 557420
**William G. Giltinan, Esquire**
Florida Bar No. 27810
Carlton Fields Jorden Burt, P.A.
Post Office Box 3239
Tampa, FL  33601
Telephone:    (813) 223-7000
Facsimile:    (813) 229-4133
csacco@cfjblaw.com, wgiltinan@cfjblaw.com

CASE NO. 8:14CV1630

**ATTORNEY FOR DEFENDANT:**

  _/s/ Lindsay T. Brigman_____   Date: October 15, 2015
**Michael E. Reed, Esquire**
Florida Bar No.: 0961760
**Lindsay T. Brigman, Esquire**
Florida Bar No.: 0654981
Wicker, Smith, O'Hara, McCoy & Ford, P.A.
100 N. Tampa Street
Suite 1800
Tampa, FL 33602
Phone: (813) 222-3939
Facsimile: (813) 222-3938
tpacrtpleadings@wickersmith.com